```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

LARRY JAMAIL MITCHELL,          *
# 16712-003,                    *
                                *
    Petitioner,               *
                                * CRIMINAL NO. 16-00256-WS-B
vs.                             * CIVIL ACTION NO. 18-00373-WS-B
                                *
UNITED STATES OF AMERICA,       *
                                *
    Respondent.               *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 30, 2021 (Doc. 49) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Larry Jamail Mitchell's Motion to Vacate, Set Aside, or Correct Sentence under § 2255 (Doc. 39), as supplemented (Docs. 44, 48), is **DENIED**, that this action is **DISMISSED with prejudice**, and that Mitchell is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

    **DONE** this 2nd day of September **2021**.

                                               s/WILLIAM H. STEELE
                                               UNITED STATES DISTRICT JUDGE